IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION, ET AL,<br><br>    Defendant._____/ | No. C 12-03827 CRB<br><br>**ORDER RE-SETTING HEARING** |

Defendants filed a motion to dismiss in this case on September 25, 2012. See dkt. 7. Per the local rules, Plaintiff's opposition was due on October 9, 2012, and Defendants' reply was due October 16, 2012. See Civil Local Rule 7-3. On October 16, 2012, Defendants filed a Notice of Non-Receipt of Opposition, see dkt. 12, and Plaintiff filed an untimely Response, see dkt. 14. In order to give Defendants sufficient time to file a reply, and the Court sufficient time to review the parties' papers, the Court orders as follows. Defendants' reply is now due on Friday, October 26, 2012. The hearing on this motion is RE-SET from Friday, November 2, 2012, to Friday, November 9, 2012.

**IT IS SO ORDERED.**

Dated: October 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3827\order resetting.wpd