IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN MORGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>US BANK NATIONAL ASSOCIATION, ET AL.,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 12-03827 CRB<br><br>**JUDGMENT** |

　　　Having granted Defendants' motion to dismiss with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: February 25, 2013

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3827\judgment.wpd